Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                                              Case No.:  19−30510−MBK
                                              Chapter:  13
                                              Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kenneth M. Pellegrini
   8 Port Reading Ave
   Woodbridge, NJ 07095

Social Security No.:
   xxx−xx−0091

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/10/20.

     Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

     This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: January 10, 2020
JAN: kmf

                                                                                     Jeanne Naughton
                                                                                     Clerk

```
                          United States Bankruptcy Court
                               District of New Jersey
In re:                                                              Case No. 19-30510-MBK
Kenneth M. Pellegrini                                               Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 2          Date Rcvd: Jan 10, 2020
                              Form ID: 148             Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 12, 2020.
db             +Kenneth M. Pellegrini,    8 Port Reading Ave,    Woodbridge, NJ 07095-3808
518541340      +KML Law Group P.C.,    216 Haddon Ave. Suite 406,    Collingswood, NJ 08108-2812
518541341      +Middlesex County Chancery Division,    P.O. Box 971,    Trenton, NJ 08625-0971
518541343      +New Jersey Division of Taxation,    P.O. Box 046,    Trenton, NJ 08646-0046
518541345      +Pnc Bank,    Po Box 8703,    Dayton, OH 45401-8703
518541346      +Specialized Loan Servicing,    8742 Lucent Blvd Suite 300,    Littleton, CO 80129-2386
518653017      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 11 2020 00:31:54      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 11 2020 00:31:51      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518541336       EDI: DISCOVER.COM Jan 11 2020 04:58:00      Discover Bank,   PO Box 15316,
                 Wilmington, DE 19850
518541338       EDI: IRS.COM Jan 11 2020 04:58:00      Internal Revenue Service,   44 South Clinton Ave.,
                 Trenton, NJ 08601
518541342      +EDI: MID8.COM Jan 11 2020 04:58:00      Midland Funding LLC,   8875 Aero Drive Suite 200,
                 San Diego, CA 92123-2255
518541347       EDI: TDBANKNORTH.COM Jan 11 2020 04:58:00      TD Bank,   1701 Route 70 East,
                 Cherry Hill, NJ 08034
518653241       EDI: TDBANKNORTH.COM Jan 11 2020 04:58:00      TD Bank, N.A.,
                 c/o Schiller Knapp Lefkowitz Hertzel LLP,   70 Gray Road,    Falmouth, ME 04105
518541348      +E-mail/Text: bkr@virtuososourcing.com Jan 11 2020 00:33:15      Virtuoso Sourcing Grou,
                 4500 Cherry Creek Drive South,    Denver, CO 80246-1500
                                                                                             TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518541339*     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:   Internal Revenue Service,    P.O. Box 9052,   Andover, MA 01810)
518541337*     +Internal Revenue Service,   P.O. Box 7346,   Philadelphia, PA 19101-7346
518541344     ##+Penn Credit Corporatio,   916 S 14th St,   Harrisburg, PA 17104-3425
                                                                                   TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2020                                  Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 10, 2020 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Specialized Loan Servicing, LLC
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Joseph Gunnar Devine, Jr    on behalf of Creditor    TD Bank, N.A. jdevine@schillerknapp.com,
               kcollins@schillerknapp.com;acarmany@schillerknapp.com;bfisher@schillerknapp.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
```

```
District/off: 0312-3           User: admin              Page 2 of 2              Date Rcvd: Jan 10, 2020
                               Form ID: 148             Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
      Yakov    Rudikh     on behalf of Debtor Kenneth M. Pellegrini rudikhlawgroup@gmail.com,
       rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com
                                    TOTAL: 5